UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Elyssa B. Slater

v.                                          Civil No. 07-407-JL

Town of Exeter et al

**O R D E R**

The Preliminary Pretrial Conference currently scheduled for
**March 3, 2008 at 2:00 p.m.** will include a substantive, meaningful
discussion of the parties' claims and defenses.  Counsel are
expected to be prepared to engage in an open, cooperative
discussion in good faith.  Counsel are reminded of the
obligations imposed by Fed.R.Civ.P. 11(b)(3) and (4), and should
be prepared to explain the factual basis underlying any claims or
defenses they have pleaded.

Each party shall be represented at the Preliminary Pretrial
Conference by counsel authorized to bind the party on all
matters.

To the extent that the substance of this order constitutes a
departure from the customary Preliminary Pretrial practice to
which counsel are accustomed, the court apologizes for the short
notice, and will bear this in mind at the conference.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

February 21, 2008

cc:   Craig L. Staples, Esq.
      Elaine M. Michaud, Esq.
      Charles P. Bauer, Esq.